FILED

AUG 2 1 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 19-30116-NJR |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DERRICK SAMPSON, | ) | 21 USC § 841(a)(1) |
| A/K/A "DSKIE," and | ) | 21 USC § 841(b)(1)(A)(i) |
| JEREL BRYANT, | ) | 21 USC § 841(b)(1)(B)(ii)(II) |
| A/K/A "SCO DA BOSS," | ) | 21 USC § 841(b)(1)(C) |
| | ) | 21 USC § 846 |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

### Conspiracy to Distribute Heroin

From an unknown date but at least on or about August 20, 2017, and continuing until on or about March 13, 2019, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**DERRICK SAMPSON, A/K/A "DSKIE," and
JEREL BRYANT, A/K/A "SCO DA BOSS,"**

defendants herein, did conspire and agree with each other and others, both known and unknown to the grand jury, to knowingly and intentionally distribute a controlled substance, namely heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i). All in violation of Title 21, United States Code, Section 846.

The total amount of heroin, a Schedule I Controlled Substance, involved in the conspiracy that was reasonably foreseeable to **DERRICK SAMPSON, A/K/A "DSKIE," and JEREL**

BRYANT, A/K/A "SCO DA BOSS," was 1 kilogram or more of a mixture or substance containing a detectable amount of heroin.

## COUNT 2

### Conspiracy to Distribute Cocaine

From an unknown date but at least on or about August 20, 2017, and continuing until on or about March 13, 2019, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**DERRICK SAMPSON, A/K/A "DSKIE," and**
**JEREL BRYANT, A/K/A "SCO DA BOSS,"**

defendants herein, did conspire and agree with each other and others, both known and unknown to the grand jury, to knowingly and intentionally distribute a controlled substance, namely cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II). All in violation of Title 21, United States Code, Section 846.

The total amount of cocaine, a Schedule II Controlled Substance, involved in the conspiracy that was reasonably foreseeable to **DERRICK SAMPSON, A/K/A "DSKIE," and JEREL BRYANT, A/K/A "SCO DA BOSS,"** was 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

## COUNT 3

### Possession with Intent to Distribute Heroin

On or about February 20, 2019, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**DERRICK SAMPSON, A/K/A "DSKIE," and**
**JEREL BRYANT, A/K/A "SCO DA BOSS,"**

defendants herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in

2

violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and *Pinkerton v. United States*, 328 U.S. 640, 647-48 (1946) (*Pinkerton* Liability).

## COUNT 4

### Possession with Intent to Distribute Cocaine

On or about February 20, 2019, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**DERRICK SAMPSON, A/K/A "DSKIE,"** and
**JEREL BRYANT, A/K/A "SCO DA BOSS,"**

defendants herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and *Pinkerton v. United States*, 328 U.S. 640, 647-48 (1946) (*Pinkerton* Liability).

A TRUE BILL

_____
DEREK J. WISEMAN
Assistant United States Attorney

_____
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond:  Detention